IN THE DISTRICT COURT OF OKMULGEE COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| TERRY HAMILTON, | ) | |
| | ) | CASE NO: CJ-2015- 139 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ATTORNEYS LIEN CLAIMED |
| The Hartford Financial Services | ) | JURY TRIAL DEMANDED   LAW DEPARTMENT |
| Group Inc., | ) | |
| Hartford Life and Accident Inc., | ) | SEP 1 4 2015 |
| Hartford Fire Inc., | ) | |
| | ) | LITIGATION UNIT |
| Defendant. | ) | |

## PETITION

COMES NOW the Plaintiff, Terry Hamilton, and for his cause of action against the Defendants, the Hartford Financial Services Group. Inc., Hartford Life and Accident Inc., and Hartford Fire Inc. (hereinafter referred to as Defendants) hereby alleges and states as follows, to-wit:

## PARTIES

1. Plaintiff, Terry Hamilton (hereinafter sometimes referred to as "Plaintiff"), resides in Okmulgee County, Oklahoma.

2. Defendants are a foreign company licensed to and do conduct business in the State of Oklahoma.

3. Do to their association and organization, Defendants are liable for the actions of the others and/or their affiliated companies.

4. The events that give rise to the suit stem from an auto accident that occurred in Tulsa, County, Tulsa, Oklahoma.

5. This Court has subject matter jurisdiction over this case pursuant to the Oklahoma Constitution, Art. 7, Sec. 7.

Exhibit
1

6. Due to their association and organization, Defendants are each liable for the actions of the others and/or their affiliated companies.

7. Venue is proper under 12 O.S. 137, 187

## COUNT ONE – BREACH OF CONTRACT

8. On out about September 8, 2010, in Tulsa County, Oklahoma, Plaintiff was involved in an automobile accident.

9. As a result of the accident, Plaintiff suffered bodily injuries, pain and suffering, and other personal injuries.

10. At the time of the accident, Plaintiff was insured for an Accidental Dismemberment Policy of Insurance written by the Defendants.

11. As an insured, Plaintiff is entitled to timely payment of policy benefits including but not limited to Accidental Dismemberment coverage.

12. Defendants have failed to make timely payment of the accidental dismemberment coverage and as such have breached the contract of insurance.

13. Additionally, Defendants failed to timely, properly, fully, and reasonably investigate the facts of the accident as well as the subsequent injuries to reasonably evaluate and pay Plaintiff's claim.

## COUNT TWO- PUNITIVE DAMAGES

14. Plaintiff hereby adopts and re-alleges each of the facts and allegations set forth above.

15. The actions of Defendants during the handling of the Plaintiff's claim demonstrate they intentionally, and with malice, breached their duty to deal fairly and in good faith. The actions of Defendants were intentional, malicious and consistent with an overall

2

collective corporate goal of increasing profits through the systematic reduction or avoidance of claims. The Plaintiff therefore seeks punitive damages in amount in excess of 75,001.00.

WHEREFORE, Plaintiff prays for judgment against the Defendants in an amount in excess of $75,001.00 for compensatory damages, punitive damages, together with attorney's fees, costs of this action, interest, and for such other relief as the court may deem just proper.

Respectfully Submitted,

Jessika M. Tate, OBA# 22103
Tate Law Firm
510 N. Sheridan Rd., Suite A
Tulsa, OK 74115
Phone: (918) 805-3955
Fax: (918) 430-3516
Attorney for the Plaintiff

3

<u>ORIGINAL SUMMONS</u>
IN THE DISTRICT COURT OF ~~WAGON~~ COUNTY
STATE OF OKLAHOMA, ~~555 NORTH DENVER AVENUE, TULSA~~, OKLAHOMA ~~74103~~

|  |  |
|---|---|
| Plaintiff(s) | Case No. _____ |
|  | Attorney(s) for Plaintiff(s) |
|  | Name _____ |
| vs. | Address _____ |
|  |  |
| Defendant(s) | Telephone _____ |

Appointed to serve, PSL# _____

To the above-named defendant(s)

Authorized by _____

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this ____ day of _____, 20___.

Sally Howe Smith, Court Clerk

By _____, Deputy Court Clerk

(Seal)

This summons and order was served on _____
(date of service)

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

**Return ORIGINAL for filing.**

Tate Law Firm
510 N. Sheridan Rd Ste. A
Tulsa OK 74115-7844

01-1

7011 3500 0003 3605 5980

The Hartford Insurance
1 Hartford Plaza
Hartford CT 06155-0001

06155-0001

$6.960
US POSTAGE
FIRST-CLASS
FROM 74115
SEP 02 2015
stamps
0625000762946P

## ORIGINAL SUMMONS
### IN THE DISTRICT COURT OF ▓▓▓▓ COUNTY
### STATE OF OKLAHOMA, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, OKLAHOMA ▓▓▓▓

_____

_____
                                Plaintiff(s)

vs.

_____

_____
                                Defendant(s)

Case No. _____

Attorney(s) for Plaintiff(s)
Name _____
Address _____

Telephone _____

Appointed to serve. PSL# _____

_____

Authorized by

To the above-named defendant(s)

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this _____ day of _____, 20 _____.

Sally Howe Smith, Court Clerk

By_____, Deputy Court Clerk

(Seal)

This summons and order was served on _____
                                                    (date of service)

_____
                                (Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR

USPS.com® - USPS Tracking®

English    Customer Service    USPS Mobile                                    Register / Sign In

**≡USPS.COM**

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking       70113500000336055980

Updated:        **Monday, September 14, 2015**

Product & Tracking Information                                 Available Actions

Postal Product:                  Features:                                    Text Updates
                                 Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 14, 2015 , 6:35 am | Delivered | HARTFORD, CT 06115 |

| September 14, 2015 , 4:43 am | Arrived at Unit | HARTFORD CT 06103 |
| September 12, 2015 , 6:27 pm | Departed USPS Facility | HARTFORD CT 06101 |
| September 12, 2015 , 10:15 am | Arrived at USPS Facility | HARTFORD CT 06101 |
| September 11, 2015 , 5:39 am | Departed USPS Facility | TULSA OK 74141 |
| September 10, 2015 , 9:32 pm | Arrived at USPS Facility | TULSA OK 74141 |

Track Another Package                                    Manage Incoming Packages

Tracking (or receipt) number                             Track all your packages from a dashboard
                                                         No tracking numbers necessary
                                                         Sign up for My USPS ›

**ORIGINAL SUMMONS** OKMULGEE
**IN THE DISTRICT COURT OF** ▓▓▓▓ **COUNTY**
**STATE OF OKLAHOMA,** ▓▓▓▓▓▓▓▓▓▓▓▓, **OKLAHOMA** ▓▓▓▓

TERRY Hamilton

_____
Plaintiff(s)

Case No. CJ-2015-139

Attorney(s) for Plaintiff(s)
Name Jessika M. Tate
Address 510 N Sheridan Rd ste A

vs The Hartford Financial Services
Group, Hartford Life and Accident, Hartford Fire
Defendant(s)

Telephone (918) 808-3955

_____

Appointed to serve. PSL# _____

To the above-named defendant(s)

_____

Authorized by

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this 4 day of Sept , 20 15 .

Linda Beaver
~~Sally Howe~~ Smith, Court Clerk

**FILED IN DISTRICT COURT**
**OKMULGEE COUNTY, OKLA**
**OKMULGEE DIVISION**

By_____, Deputy Court Clerk

SEP - 4 2015

(Seal)

LINDA BEAVER, COURT CLERK
By_____Deputy

This summons and order was served on _____.

(date of service)

_____

(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

**Return ORIGINAL for filing.**

Form 2290 (Rev. 11-00) Page 1 of 5 CB

IN THE DISTRICT COURT OF OKLAHOMA COUNTY STATE OF OKLAHOMA

## CIVIL COVER SHEET

TYPE OF CASE (MUST CHECK ONE) & ALL INFORMATION REQUIRED       CJ-2015- 139

| **CIVIL** | **FAMILY AND DOMESTIC** | **PROBATE** |
|---|---|---|
| CJ __X__ (over $10,000) | AI_____ (Artificial Insemination) | PB _____ (Probate) |
| CS _____ (under $10,000) | FA _____ (Adoption) | PC _____ (Conservatorship) |
| CV _____ (Miscellaneous Civil) | FD _____ (Divorce) | PG _____ (Guardianship) |
| SC _____ (Small Claims-less than $6,000) | FI _____ (Income Assignment) | FB _____ (Full Blood) |
| SC _____ (Forcible E &D up to $1,500) | FP _____ (Paternity) | |
| | FR_____ (Reciprocal) | |
| | FMI_____ (Miscellaneous) | |

*FILED IN DISTRICT COURT*
*OKMULGEE COUNTY, OKLA*
*OKMULGEE DIVISION*

PRINCIPAL CAUSE OF ACTION: Auto Negligence  AMOUNT ENCLOSED:$ _____

SEP - 4 2015

___Defendant's Initial Pleading-Entry of Appearance/Answer/ 3rd Party Petition ___ Existing Case No._____

*LINDA BEAVER, COURT CLERK*

(MUST FILL OUT FOLLOWING INFORMATION)       By_____

Deputy

**ATTORNEY INFORMATION:**
Party Representing: _____ Plaintiff
Name: Jessika M. Tate _____ Firm: Tate Law Firm
Mailing Address: 510 N. Sheridan Rd., Ste. A City: Tulsa ___ State: OK ___ Zip Code: 74115
Phone Number: (918) 805-3955 ___ Fax Number: (918) 430-3516
Bar # 22013 ___ E-Mail Address jessika@jtatetulsalaw.com

**PLAINTIFF INFORMATION**
NAME: _____ Hamilton _____ Terry
            LAST _____ FIRST _____ MIDDLE
ADDRESS: ___ 1302 E. 1st St., Apt. D ___ 1302 E. 1st St., Apt. D
          MAILING ADDRESS _____ PHYSICAL ADDRESS
CITY: Okmulgee ___ STATE: OK ___ ZIP: 74445
DATE OF BIRTH: 03/09/1959 ___ SOCIAL SECURITY NO./EIN: 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
D.L. NO. _____ PHONE NO. _____
CELL PHONE NO. (918) 720-8793 ___ E-MAIL ADDRESS _____

**DEFENDANT INFORMATION**
NAME: _____ The Hartford Financial Services Group Inc
          LAST _____ FIRST _____ MIDDLE
ADDRESS: ___ One Hartford Plaza ___ One Hartford Plaza
        MAILING ADDRESS _____ PHYSICAL ADDRESS
CITY: Hartford ___ STATE: CT ___ ZIP: 06155
DATE OF BIRTH: _____ SOCIAL SECURITY NO./EIN _____
D.L. NO. _____ PHONE NO. _____
Direct PHONE NO. _____ E-MAIL ADDRESS _____

**SUMMONS INFORMATION**
NUMBER OF SUMMONS TO BE ISSUED: 1 ___ SUMMONS TO BE ISSUED BY COURT CLERK _____

**PETITION & SUMMONS TO BE SERVED BY:**
___ ISSUED TO ATTORNEY ___NO SUMMON ISSUED _____ SHERIFF___ COUNTY: _____

PROCESS SERVER:_____ PUBLICATION_____ REGISTERED /CERTIFIED MAIL X

1