IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TERRY HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-CV-391-FHS |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff,

Terry Hamilton, stipulates with the Defendant, Hartford Life and Accident Insurance Company,

that his claims in the above-styled and numbered action shall be dismissed with prejudice.  The

parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 22nd day of December, 2015.

Respectfully submitted,

_s/ Jessika M. Tate_
(submitted by Ms. Dishman with
permission of Ms. Tate)
Jessika M. Tate, OBA #22103
Tate Law Firm
510 N. Sheridan Rd., Suite A
Tulsa, OK 74155
Tel. (918) 805-3955
Fax (918) 430-3516
Email: jessika@jtatetulsalaw.com


**Attorney for Plaintiff**

_s/ Jodi W. Dishman_
Jodi W. Dishman, OBA #20677
Andrew J. Morris, OBA #31658
McAfee & Taft
A Professional Corporation
211 N. Robinson, 10th Floor
Oklahoma City, OK 73102
Tel. (405) 235-9621
Fax (405) 235-0439
Email: jodi.dishman@mcafeetaft.com
         andrew.morris@mcafeetaft.com


**Attorneys for Defendant**